# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELLUS ALEXANDER GREENE a/k/a MARVELLOUS AFRIKAN WARRIOR,<br><br>Petitioner,<br><br>v.<br><br>C.E. DURCART,<br><br>Respondent. | Case No. 1:15-cv-00137-bam   HC<br><br>ORDER DENYING MOTION TO SET ASIDE JUDGMENT<br><br>(Doc. 14) |

Petitioner, a state prisoner proceeding *pro se* and *in forma pauperis*, moves pursuant to F.R.Civ.P. 59(e), to set aside the Court's January 29, 2015 order dismissing his petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The Court referred the matter to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rules 302 and 304.

Rule 59(e) provides, "A motion to alter or amend a judgment must be filed no later than 28 days after entry of the judgment. " Because more than 28 days elapsed between the entry of judgment on January 29, 2015, and Petitioner's filing his motion on June 15, 2015, the Court must deny the motion as untimely.

Further, the motion for reconsideration fails to give any coherent or intelligible reasons for the Court to reconsider its ruling that Petitioner failed to exhaust state remedies.

Accordingly, the Court hereby ORDERS that Petitioner's motion for reconsideration pursuant to F.R.Civ.P. 59(e) (Doc. 14), filed June 15, 2015, be DENIED as untimely.

IT IS SO ORDERED.

Dated: **June 29, 2015**        /s/ *Barbara A. McAuliffe*
                                                     UNITED STATES MAGISTRATE JUDGE

1

2